**Electronically Filed
Supreme Court
SCWC-20-0000060
04-OCT-2024
08:48 AM
Dkt. 5 ODAC**

SCWC-20-0000060

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

LESLIE L.C. TRUGLIO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000060; CR. NO. 1CPC-17-0001522)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.,)

The application for writ of certiorari filed on August 22, 2024, by Petitioner/Defendant-Appellant Leslie L.C. Truglio is hereby rejected.

DATED:  Honolulu, Hawai'i, October 4, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

